IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BRANDY MONTGOMERY**                                                                                                   **PLAINTIFF**

v.                                                                     No. 3:21-CV-087-MPM-RP

**BAPTIST MEMORIAL HEALTH
CARE CORPORATION, et al.**                                                    **DEFENDANT**

## ORDER

In a February 2, 2022 order, the Magistrate Judge granted counsel for plaintiff's request to be dismissed from this case. In support of that motion, counsel submitted a letter from plaintiff Brandy Montgomery in which she stated that "she would like to drop the case with Baptist Memorial Hospital." [Exhibit A to docket entry 19]. As part of the Magistrate Judge's order, he specifically required plaintiff to notify the court by March 2, 2022, of her intentions *vis a vis* this lawsuit, and he warned her that "failure to comply with this order or other orders of the court may result in sanctions, up to and including dismissal of the complaint." [Order at 1-2]. Plaintiff has failed to respond to the Magistrate Judge's directive, and this court will therefore accede to her previously-stated intent to drop this lawsuit and dismiss this case.

In light of the foregoing, it is hereby ordered that this case is dismissed.

A separate judgment will be entered this date, pursuant to Fed. R. Civ. P. 58.

This, the 9th day of March, 2022.

                                                             **/s/ Michael P. Mills**
                                                             **UNITED STATES DISTRICT JUDGE**
                                                             **NORTHERN DISTRICT OF MISSISSIPPI**