IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BRANDY MONTGOMERY**     **PLAINTIFF**

v.     No. 3:21-CV-087-MPM-RP

**BAPTIST MEMORIAL HEALTH
CARE CORPORATION, et al.**     **DEFENDANT**

## JUDGMENT

For the reasons stated in this court's order entered this date, it is hereby ordered and adjudged that this case is dismissed.

This, the 9th day of March, 2022.

                         /s/ Michael P. Mills
                         **UNITED STATES DISTRICT JUDGE**
                         **NORTHERN DISTRICT OF MISSISSIPPI**